UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

FILED

MANDATE
U.S. DISTRICT COURT
NEW HAVEN, CT

FEB 25 2005

| | |
|---|---|
| Date: | 2/25/05 |
| Docket Number: | 04-0088-cr |
| Short Title: | USA v. Caron |
| DC Docket Number: | 03-cr-282 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Ellen Burns |

   At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square in the City of New York, on the 25th day of February two thousand five.

   USA v. Caron

   A scheduling order in accordance with the Revised Second Circuit Plan to Expedite the Processing of Criminal Appeals having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

   Upon consideration of the appeal defendant-appellant, John Caron, it is ORDERED that the appeal be, and it hereby is dismissed.

   This order may not be used as the basis for terminating the defendant-appellant's release pending appeal until 30 days have elasped from the date of the order.

For the Court,
Roseann B. MacKechnie, Clerk

By: Deborah A. Holmes
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK

by Deborah Holmes
    DEPUTY CLERK

CERTIFED:                                FEB 25 2005

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK, 10007

**Roseann B. MacKechnie**
**CLERK**

2005 MAR -3 P 2: 40

U.S. DISTRICT COURT
NEW HAVEN, CT

FEB 25 2005

Date:             2/25/05
Docket Number:    04-0088-cr
Short Title:      USA v. Caron
DC Docket Number: 03-cr-282
DC:               DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:         Honorable Ellen Burns

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square in the City of New York, on the 25th day of February two thousand five.

USA v. Caron

A scheduling order in accordance with the Revised Second Circuit Plan to Expedite the Processing of Criminal Appeals having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal defendant-appellant, John Caron, it is ORDERED that the appeal be, and it hereby is dismissed.

This order may not be used as the basis for terminating the defendant-appellant's release pending appeal until 30 days have elasped from the date of the order.

For the Court,
Roseann B. MacKechnie, Clerk

By: Deborah A. Holmes
Deputy Clerk

THE MANDATE, CONSISITNG OF ITEMS BELOW, HAS BEEN RECEIVED.
( ) OPINION ( ) STATEMENT OF COSTS
(✓) ORDER                    DATE_____
RECEIVED BY:_____