# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. JOHN L. CARON                              Docket No. 3:03CR00282(EBB)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Paul Collette, SENIOR PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of John L. Caron, who was sentenced to 27 months' imprisonment for a violation of 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography, by the Honorable Ellen Bree Burns, Senior U.S. District Judge, for the District of Connecticut, on December 22, 2003, who fixed the period of supervision at 33 months which commenced on January 10, 2006 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a mental health treatment program, which shall include sex offender treatment with a therapist who is licensed and experienced in the treatment of individuals with sexual disorders, either inpatient or outpatient, as approved by the United States Probation Office. 2) The defendant shall provide USPO with access to any requested financial records including, but not limited to, telephone bills, cable, and credit card statements. 3) The defendant shall participate in polygraph testing to monitor compliance with supervised release and treatment conditions, as approved by the USPO and/or treatment provider. 4) The defendant shall not possess or use a computer, except if it becomes necessary to use a computer for purposes of employment or school. The defendant shall do so only with the prior written permission of the USPO and therapist, and then may not use a computer connected to the Internet unless filtering software or some similar device approved by the USPO is in place. 5) The defendant shall not engage in sexual contact or activity with anyone under the age of 18 years of age and shall not have deliberate contact with any child under 18 years of age, unless an adult is present who is aware of the defendant's history of sexual behavior and has been approved as a safeguard by the USPO. 6) The defendant must report all incidental contact with children to the USPO and treatment provider. 7) The defendant shall permit the USPO, accompanied by either local, state or Federal law enforcement authorities, to conduct a search of the defendant's residence, automobile, and workplace for the presence of sexually explicit materials involving minors. 8) The defendant shall register with the state sex offender registration agency in any state in which the defendant resides, is employed, carries on a vocation, or is a student, as direct by the USPO. The defendant's supervision is scheduled to terminate on October 24, 2008.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

Charge No. 1 - Condition Violated

Special Condition: "The defendant shall not possess or use a computer, except if it becomes necessary to use a computer for purposes of employment or school. The defendant shall do so only with the prior written permission of the USPO and therapist, and then may not use a computer connected to the Internet unless filtering software or some similar device approved by the USPO is in place."

On August 11, 2008, during an office visit to the Probation Office, the defendant admitted to going to the home of Janel Sendley, of Central Village, Connecticut, in the evening hours of several dates in July and August 2008. During the evening visits, the defendant reported he would sit next to Ms. Sendley while she used her computer to access the Internet while Ms. Sendley would reportedly pay his bills online. A subsequent telephone interview by the probation officer with Ms. Sendley on August 11, 2008, confirmed the defendant was present with her during her access to the Internet. The Internet usage was not used for school or employment.

Charge No. 2 - Condition Violated
Special Condition: "The defendant shall not engage in sexual contact or activity with anyone under the age of 18 years of age and shall not have deliberate contact with any child under 18 years of age, unless an adult is present who is aware of the defendant's history of sexual behavior and has been approved as a safeguard by the USPO."

On August 11, 2008, during an office visit to the Probation Office, the defendant admitted to going to the home, of Janel Sendley, of Central Village, Connecticut, in the evening hours of several dates in July and August 2008. During the evening visits. the home was occupied by her three minor children, two 3 year old boys and a 9 year old girl. A subsequent telephone interview by the probation officer with Ms. Sendley on August 11, 2008, confirmed the defendant has had unauthorized contact with her children at the residence. This contact was not approved by the USPO.

Charge No. 3 - Condition Violated
Special Condition: "The defendant must report all incidental contact with children to the USPO and treatment provider."

The defendant failed to notify the probation officer and the treatment provider of the unauthorized visits and contact with the minor children of Janel Sendley.

**PRAYING THAT THE COURT WILL ORDER** a summons directing John L. Caron to appear before this Court at New Haven, Connecticut on 9/3/08 at 1 p.m. to show cause why supervised release should not be revoked.

## ORDER OF COURT

Considered and ordered this 19th day of August 2008, and ordered filed and made a part of the records in the above case.

/s/ Ellen Bree Burns, SUSDJ
_____
The Honorable Ellen Bree Burns
Senior United States District Judge

Sworn to By
_____
Paul Collette
Senior United States Probation Officer

Place New Haven, Ce

Date 8/19/08

Before me, the Honorable Ellen Bree Burns, Senior United States District Judge, on this 19th day of August 2008 at New Haven, Connecticut, Senior U.S. Probation Officer Paul Collette appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

/s/ Ellen Bree Burns, SUSDJ
_____
The Honorable Ellen Bree Burns
Senior United States District Judge