# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

JOHN CARON

**APPEARANCE**

CASE NO. 3:03CR00282(EBB)

To the Clerk of this Court and all parties of record:

Enter my Appearance as counsel in this case for:

JOHN CARON

Date: September 8, 2008

_____
Signature

Bar No.: ct25379

Sarah A. L. Merriam
Print Name

FEDERAL DEFENDER OFFICE
Firm Name

265 Church Street, Suite 702
Address

New Haven,        CT        06510
City              State     Zip Code

(203) 498-4200
Phone Number

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been mailed to Deborah Slater, Assistant United States Attorney, 450 Main Street, Hartford, CT, 06103, on this 8th day of September, 2008.

_____
Sarah A. L. Merriam